UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JEROME CLARK ANDERSON,<br><br>Petitioner,<br><br>v.<br><br>DARREL G. ADAMS, Warden,<br><br>Respondent. | ) ) ) ) ) ) ) ) ) ) ) | No. CV 10-693 CBM (RZ)<br><br>ORDER: (1) OVERRULING PETITIONER'S OBJECTIONS TO THE REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE; AND (2) ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE AS MODIFIED |

Pursuant to 28 U.S.C. § 636, this Court has reviewed the Petition, records on file, and the Report and Recommendation of United States Magistrate Judge. Further, the Court has reviewed <u>de novo</u> those portions of the Report to which Petitioner has objected.

Petitioner's Objections to the Report and Recommendation of the United States Magistrate Judge are without merit and do not demonstrate that Petitioner's claims are not time-barred.

//

//

1

Accordingly, this Court hereby: (1) **OVERRULES** Petitioner's Objections to the Report and Recommendation of the United States Magistrate Judge; and (2) **ACCEPTS** the findings and recommendations of the Magistrate Judge.

IT IS SO ORDERED.

DATED: ~~January~~ Feb /0, 2011        By _____
                                          CONSUELO B. MARSHALL
                                          UNITED STATES DISTRICT JUDGE