O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JEROME CLARK ANDERSON, | ) | CASE NO. CV 10-00693 CBM (RZ) |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| vs. | ) | |
| | ) | |
| DARREL G. ADAMS, WARDEN, | ) | |
| | ) | |
| Respondent. | ) | |

This matter came before the Court on the Petition of JEROME CLARK ANDERSON, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: 2/10/2011

CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE